**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **DEWAYNE NASH** | **CIVIL ACTION: 3:20-cv-00273** |
| **VERSUS** | **JUDGE:  TERRY A. DOUGHTY** |
| **JAMES CARL BADGETT, TEXAS INTRASTATE CARRIERS, INC. AND SOUTHERN COUNTY MUTUAL INS. CO.** | **MAGISTRATE JUDGE: KAREN L. HAYES** |

**CORPORATE DISCLOSURE STATEMENT OF**
**SOUTHERN COUNTY MUTUAL INSURANCE COMPANY**

NOW INTO COURT, through undersigned counsel, comes Defendant, Southern County Mutual Insurance Company, who files its Corporate Disclosure Statement pursuant to Fed. R. Civ. Proc. 7.1 and Local Rule 5.6, and represents as follows:

1.

Defendant, Southern County Mutual Insurance Company is a Texas domiciled entity and its principal office address is 4455 LBJ Freeway, Suite 700, Dallas, Texas 75244.  Southern County Mutual Insurance Company is 100% owned by The Company of Texas, which is 100% owned by Republic Group No. Two Company (RG2), which is 100% owned by Republic Companies, Inc., which is 100% owned by AmTrust Financial Services, Inc.

2.

AmTrust Financial Services, Inc. is the only publicly held company in the corporate family. No individual or corporation owns 10% or more of stock of AmTrust Financial Services, Inc.

RESPECTFULLY SUBMITTED:

**MARICLE & ASSOCIATES**

BY:  /s/ Janice M. Reeves          
**JANICE M. REEVES (#21237)**
#1 Sanctuary Blvd., Suite 202
Mandeville, LA  70471
Telephone:  (225) 924-9584
Facsimile:   (888) 341-6954

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been this date sent to all counsel of record, via the Court's electronic notification system this 13th day of <u>March</u>, 2020:

BY:  <u>/s/ Janice M. Reeves</u>
       **JANICE M. REEVES**