**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **DEWAYNE NASH** | **CIVIL ACTION: 3:20-cv-00273** |
| **VERSUS** | **JUDGE: TERRY A. DOUGHTY** |
| **JAMES CARL BADGETT, TEXAS INTRASTATE CARRIERS, INC. AND SOUTHERN COUNTY MUTUAL INS. CO.** | **MAGISTRATE JUDGE: KAREN L. HAYES** |

**LIST OF ALL PARTIES**

NOW INTO COURT, through undersigned counsel, comes Defendants, James C. Badgett, Texas Intrastate Carriers, Inc. and Southern County Mutual Insurance Company, who lists all parties remaining in this action, as follows:

1. PLAINTIFF(S):

    a. Dewayne Nash, represented by James E. Ross, Jr.

2. DEFENDANT(S):

    a. James C. Badgett, represented by Janice M. Reeves, Maricle & Associates;

    b. Texas Intrastate Carriers, Inc., represented by Janice M. Reeves, Maricle & Associates; and

    c. Southern County Mutual Insurance Company, represented by Janice M. Reeves, Maricle & Associates.

RESPECTFULLY SUBMITTED:

**MARICLE & ASSOCIATES**

BY: /s/ Janice M. Reeves
**JANICE M. REEVES (#21237)**
#1 Sanctuary Blvd., Suite 202
Mandeville, LA 70471
Telephone: (225) 924-9584
Facsimile: (888) 341-6954

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been this date been provided to all counsel of record via the Court's electronic notification system, this 13th day of March, 2020.

BY: /s/ Janice M. Reeves
**JANICE M. REEVES**