UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

DEWAYNE NASH
        PLAINTIFF        CIVIL ACTION NO. 3:20-CV-00273

VERSUS
        JUDGE TERRY A. DOUGHTY

JAMES CARL BADGETT, TEXAS
INTRASTATE CARRIERS, INC.,        MAG. JUDGE KAREN L. HAYES
AND SOUTHERN COUNTY MUTUAL INSURANCE COMPANY
        DEFENDANTS

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' DISCOVERY

**NOW INTO COURT,** through undersigned counsel, comes **DEWAYNE NASH,** plaintiff, who respectfully represents:

1.

Plaintiff, **DEWAYNE NASH**, is presently an in-house patient at Legacy Nursing and Rehabilitation of Tallulah (hereinafter referred to as "LEGACY"), which is a Retirement Home in Richmond, Louisiana.

2.

Since the COVID-19 Pandemic began, Legacy implemented a policy of allowing no outside visitation, including lawyer with its patients, and the policy is presently in place.

3.

Plaintiff's counsel was served with defendant's discovery on May 6, 2020, and plaintiff's counsel does not know when he will be allowed to visit with his client to determine if

he can respond to defendants' discovery or if the information requested is available.

4.

As a result, plaintiff's counsel is request an extension of thirty (30) days from the date Legacy will allow visitation with his client.

**5.**

Plaintiff's counsel has attempted to contact defense counsel on May 20, 2020 and June 2, 2020, by leaving several messages on her voicemail; however, she has not responded to such requests for an extension.

**WHEREFORE, PLAINTIFF** respectfully prays that he be permitted an extension of time of at least thirty (30) days from the time Legacy allows patient to visit with counsel.

Respectfully Submitted,

JAMES E. ROSS, JR.
ATTORNEY AT LAW
P. O. Box 1295
602 North 5th Street, Ste. 100
Monroe, LA  71210-1295
Telephone:  (318) 322-8776
Facsimile: (318) 322-1860


BY: _____
    JAMES E. ROSS, JR., LSB No. 01571
            Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that the above and foregoing Motion for Extension of Time to Respond to Defendants' Discovery has been electronically sent to all counsels.

Monroe, LA, this 2nd day of June, 2020.

/s/ James E. Ross, Jr.
JAMES E. ROSS, JR.
